LOAD DELIVERED LOGISTICS, LLC d/b/a
CAPSTONE LOGISTICS

                          Plaintiff,

                                              Civil Action No.: 24 CV 2709

v.

FREIGHT DIRECT LLC d/b/a GO FORWARD,
and LIPA KRAUSZ a/k/a LEO KRAUSZ;

                          Defendants.

## CONSENT JUDGMENT

1.      Freight Direct LLC d/b/a Go Forward ("Freight Direct") is a New York limited

liability company with its principal place of business in the State of New York, County of Orange.

Freight Direct's sole owner is Lipa Krausz a/k/a Leo Krausz ("Krausz"), who is an individual

resident of the State of New York, County of Kings (Freight Direct and Krausz are sometimes

collectively referred herein to as "Defendants").

2.      Load Delivered Logistics, LLC d/b/a Capstone Logistics ("Plaintiff") is an Illinois

limited liability company with its principal place of business located in the State of Illinois, County

of Cook. The plaintiff's sole parent company is a Delaware corporation with its principal place of

business in the State of Georgia, County of Gwinnett. Subject matter jurisdiction is proper as the

parties are of diverse citizenship and the amount in controversy herein exceeds $75,000.00.

3.      On or about January 27, 2024, the parties came to an agreement and resolved on

terms set forth within that certain Forbearance and Settlement Agreement between Plaintiff and

Defendants (the "Settlement Agreement"). This Consent Judgment was executed as a material

term of the Settlement Agreement.

4.      Defendants have authorized any attorney designated by Plaintiff to appear and file this Consent Judgment, jointly, against both Defendants Freight Direct, LLC and Lipa Krausz a/k/a Leo Krausz, in favor of Plaintiff, for the sum of _____ $188,501.93 _____, which constitutes the unpaid portion of the principal balance due and owing to Plaintiff by Freight Direct for 104 of Plaintiff's invoices for services rendered, less amounts paid, either voluntarily or pursuant to the parties' agreement, by Defendants to Plaintiff for such invoices, as further set forth within the parties' Settlement Agreement at the time of entry of this Consent Judgment.

5.      This Consent Judgment has been freely and voluntarily entered into by the Defendants after having had an opportunity to review it with counsel. Defendants irrevocably waive services of process and any challenge to venue or jurisdiction.

DATED this __16th__ day of _____ April _____ 2024.

**SO ORDERED AND ENTERED:**

_____
Honorable Judge

*[**CONSENTS FOLLOW ON NEXT PAGE**]*

**PREPARED AND CONSENTED TO BY:**

**LOAD DELIVERED LOGISTICS, LLC
d/b/a CAPSTONE LOGISTICS**

Signature: *William Meyer*

Name:   William Meyer

Its:   General Counsel

**CONSENTED TO BY:
FREIGHT DIRECT LLC d/b/a
GO FORWARD**

Signature: _____

Name:   LiPA   KRAUSZ

Title:   oWNER

SWORN TO and subscribed before me by
LIPA   KRAUSZ .
Who is well-known to me, or has produced a
valid driver's license as identification, this
26 day of JAN 2024.

_____
Notary Public
My Commission Expires:

TSABIKOS FOUTOULIS
Notary Public, State of New York
No. 01FO6245404
Qualified in Richmond County
Commission Expires July 18, 20 27

**CONSENTED TO BY:
LIPA KRAUSZ a/k/a
LEO KRAUSZ**

Signature: _____

Name:   LiPA   KRAUSZ

SWORN TO and subscribed before me by
LIPA   KRAUSZ .
Who is well-known to me, or has produced a
valid driver's license as identification, this
26 day of JAN 2024.

_____
Notary Public
My Commission Expires:

TSABIKOS FOUTOULIS
Notary Public, State of New York
No. 01FO6245404
Qualified in Richmond County
Commission Expires July 18, 20 27

*Load Delivered Logistics, LLC v.
Freight Direct, LLC and Lipa Krausz a/k/a Leo Krausz
Consent Judgment*